UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 15-02436 DDP (AJWx)                                          Dated: July 16, 2015

Title:      R. MORA; L. MORA -v- US BANK also known as US BANK, N.A. also known as US BANK HOME MORTGAGE also known as US BANK. N.A., INC.
==================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

        John A. Chambers                                None Present
        Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                            None

PROCEEDINGS:         MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS (DOCKET NUMBER 14) set for July 20, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.

MINUTES FORM 11                                               Initials of Deputy Clerk: JAC
CIVIL -- GEN