LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (SBN 278213)
lkress@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

JS-6

Attorneys for Defendant
U.S. Bank National Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| R. MORA & L. MORA,<br><br>    Plaintiffs,<br><br> vs.<br><br>US BANK, aka, US BANK, N.A., aka, US BANK HOME MORTGAGE, aka US BANK, N.A., INC., DOES 1-10,<br><br>    Defendants. | CASE NO.: 2:15-cv-02436-DDP-AJWx<br><br>**JUDGMENT**<br><br><br>Complaint Filed: April 3, 2015 |

On November 2, 2015, this Court entered an order granting the motion to dismiss Plaintiffs' first amended complaint for failure to state a claim filed by defendant U.S. BANK NATIONAL ASSOCIATION (erroneously sued as US BANK, aka, US BANK, N.A., US BANK HOME MORTGAGE, aka US BANK, N.A., INC.) ("Defendant"). Dkt. 57. The Court's order granted Plaintiffs ROBERT MORA and LILLIAN MORA ("Plaintiffs") up to and including November 16, 2015

to file a second amended complaint. *Id.*. Plaintiffs did not file a second amended complaint.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. It is further ordered that judgment be entered in favor of Defendant and against Plaintiffs as to each and every cause of action in this action, and that Plaintiffs take nothing by way of their claims.

    IT IS SO ORDERED.

Dated: December 02, 2015

Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE